UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

---

UNITED STATES OF AMERICA )
)
v. ) NOTICE OF APPEARANCE AND REQUEST
) FOR ELECTRONIC NOTIFICATION
ADRIAN BERNABE, et al. )
) 05 Cr. 1082 (RJH)
Defendant. )

---

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Mr. Adrian Bernabe, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case. The undersigned attorney certifies that he is admitted to practice in this court.

Respectfully submitted,

*/s/ Winston Lee*

WINSTON LEE
20 Vesey Street, Suite 400
New York, New York 10007
(212) 267-1911
Fax: (212) 964-2926

TO: Michael D. Maimin, Esq.,
Assistant U.S. Attorney
Southern District of New York

All Counsel