

Jonathan Marks, P.C.
Attorneys at Law
220 Fifth Avenue, 3rd Floor
New York, New York 10001
(212) 545-8008

February 5, 2008

BY FAX 212-805-6737
The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

*[signature]* George B Daniels

FEB 13 2008

Re: United States v. Richard Espinosa, et al
    07 Cr 00501(GBD)

Dear Judge Daniels:

With the consent of the government, I am writing on behalf of defendant Christian Bernabe and, at Winston Lee's request, Adrian Bernabe to ask that their appearance at the next conference on February 28 be excused. Both Mr. Lee and I are in the process of negotiating dispositions for our clients.

Respectfully,

*[signature]*

Jonathan Marks

cc: Michael Maimin, Esq.
    Winston Lee, Esq.